# IN THE SUPREME COURT OF THE STATE OF NEVADA

TODD MATTHEW PHILLIPS,
Appellant,
vs.
AMBER PHILLIPS,
Respondent.

No. 77900

**FILED**

FEB 1 1 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____ DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on January 16, 2019, without payment of the requisite filing fee. On that same day a notice was issued directing appellants to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: *Elizabeth A. B.*

cc:   Hon. Linda Marquis, District Judge, Family Court Division
      Todd Matthew Phillips
      Hutchison & Steffen, LLC/Las Vegas
      Eighth District Court Clerk

19·06358